IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN W. DEVILBISS, | § | |
| *Plaintiff,* | § | SA-20-CV-00878-OLG |
| vs. | § | |
| MARSHA B. JACKSON, KRISTOPHER L. BOWENJR., THE ESTATE OF MARJORIE J. BURCH, MAIDEN NAME: MARJORIE DELL JOHNSON, DECEASED; | § | |
| *Defendants.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a Report and Recommendation recommending that the Court dismiss this case pursuant to 28 U.S.C. § 1915(e). Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 3rd day of September, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE